UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

**Neil Zlozower,**

                Plaintiff,        19-CV-9588 (LAK) (GWG)

v.

**Prometheus Global Media, LLC,**

                Defendant(s).
------------------------------x



## ORDER

      Magistrate Judge Gorenstein has informed chambers that this case has been settled. Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, January 2, 2020, if the settlement is not executed by then.

      SO ORDERED.

DATED:     December ___, 2019

                                                    Lewis A. Kaplan
                                               United States District Judge